| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Triche-Milazzo, Jane M. | U.S. District Court, Eastern District of Louisiana | 03/16/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | [✓] Nomination, Date 03/16/2011 <br> [ ] Initial [ ] Annual [ ] Final <br><br> 5b. [ ] Amended Report | 01/01/2010 to 02/28/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Post Office Box 268 <br> 110A Franklin Street <br> Napoleonville, Louisiana 70390 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | MJ Holding Company |
| 2. | Secretary / Treasurer | Property Owners Association of Lake Verret Park Estates |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Interest in one outstanding pending personal injury claim, no control. |
| 2. | 2008 | Louisiana State Employees Retirement System, pension upon retirement |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Judicial Branch of Louisiana, wages | $22,757.26 |
| 2. 2011 | 23rd Judicial Expense Fund, Per Diem | $476.00 |
| 3. 2010 | Judicial Branch of Louisiana, wages | $133,138.47 |
| 4. 2010 | 23rd Judicial Expense Fund, Per Diem | $3,662.00 |
| 5. 2009 | MJ Holding Company, Distribution | $25,000.00 |
| 6. 2009 | Judicial Branch of Louisiana, wages | $125,235.00 |
| 7. 2009 | 23rd Judicial Expense Fund, Per Diem | $2,074.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Campus Federal Credit Union, wages |
| 2. 2010 | Campus Federal Credit Union, wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Triche-Milazzo, Jane M. | 03/16/2011 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Triche-Milazzo, Jane M. | 03/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 9

Name of Person Reporting

Triche-Millazzo, Jane M.

Date of Report

03/16/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. St Tamany Parish Wide Schl LA Bonds | A | Interest | J | T | Exempt | | | | |
| 2. Webster Parish LA Schl Dist 6 Bonds | A | Interest | J | U | | | | | |
| 3. E I du Pont de Nemours & Co Stock | A | Dividend | K | T | | | | | |
| 4. General Electric Stock | B | Dividend | K | T | | | | | |
| 5. Google, Inc Stock | | None | K | T | | | | | |
| 6. J. Crew Group Inc. Stock | | None | K | T | | | | | |
| 7. CGM Focus Fund | | None | K | T | | | | | |
| 8. Columbia Mid Cap Value Fund, Class Z | A | Dividend | J | T | | | | | |
| 9. Driehaus Mut Fd Emerg Mkt Grw | C | Dividend | K | T | | | | | |
| 10. Janus Special Equity | A | Dividend | K | T | | | | | |
| 11. Marsico Invt Fd 21 Century Fund | | None | J | T | | | | | |
| 12. Royce Opportunity Fund | | None | L | T | | | | | |
| 13. Schwab Cap Tr Lauds Intl MktMastr | A | Dividend | L | T | | | | | |
| 14. T. Rowe Midcap Equity Growth FD #16 | A | Int./Div. | L | T | | | | | |
| 15. T Rowe Price Value Fd Inc. Com | A | Dividend | K | T | | | | | |
| 16. Vanguard Index Fd Sml Cp Grw Inv. | A | Dividend | L | T | | | | | |
| 17. Dodge and Cox International Stock Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Triche-Milazzo, Jane M. | 03/16/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Overseas Fund | A | Dividend | L | T | | | | | |
| 19. Vanguard Trustees Equity FD Intl Value Fund | A | Dividend | J | T | | | | | |
| 20. Spdr Tr Unit Ser 1 | A | Dividend | K | T | | | | | |
| 21. UBS Global Allocation Fund Class A | C | Int./Div. | M | T | | | | | |
| 22. Putnam Fund for Growth and Income | A | Dividend | K | T | | | | | |
| 23. Capital One Stock | A | Dividend | K | T | | | | | |
| 24. Wells REIT II | B | Dividend | K | W | | | | | |
| 25. MetLife Mod/Agg Allocation Portfolio | | None | N | T | | | | | |
| 26. LifeStyle Moderate Growth Strategy | | None | L | T | | | | | |
| 27. LifeStyle Aggressive Growth Strategy | | None | N | T | | | | | |
| 28. Nuveen Tradewinds Intl Value FD CLS AM | | None | K | T | | | | | |
| 29. Nuveen Tradewinds Emerging Mkts Fund Class A M/F | | None | K | T | | | | | |
| 30. Pimco Eqs Pathfinder Fund Class A M/F | A | Interest | K | T | | | | | |
| 31. Royce Intl Smaller-Companies FD Service Class N/L | | None | K | T | | | | | |
| 32. Royce 100 Fund Service Class N/L | | None | K | T | | | | | |
| 33. Templeton Emerging Mkts Small Cap Fund Class A M/F | | None | K | T | | | | | |
| 34. ING Fixed Account | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Triche-Milazzo, Jane M. | 03/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MJ Holding Company | E | Distribution | M | U | | | | | |
| 36. Campus Federal Credit Union cash account | B | Interest | L | T | | | | | |
| 37. Edward Jones Money Market cash account | A | Interest | J | T | | | | | |
| 38. UBS Bank cash account | A | Interest | J | T | | | | | |
| 39. PIF Temp Dollar Fund cash account | A | Interest | K | T | | | | | |
| 40. S&P 500 Spyder | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part 1. I currently serve as Secretary / Treasurer of Lake Verret Park Estates, Inc., the property association for community where our vacation lake house is located. In that capacity I collect dues and pay bills associated with the neighborhood.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 115 | 607 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 933 | 978 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 37 | 826 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 298 | 406 |
| Real estate owned – see schedule | | 921 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 207 | 670 | | | | |
| Cash value-life insurance | | 124 | 795 | | | | |
| Other assets itemize: | | | | | | | |
| - MJ Holding Co. | | 100 | 000 | | | | |
| - LA State Employees Retirement System | | 38 | 396 | | | | |
| | | | | Total liabilities | | 298 | 406 |
| | | | | Net Worth | 3 | 180 | 866 |
| Total Assets | 3 | 479 | 272 | Total liabilities and net worth | 3 | 479 | 272 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | 106 | 012 | Are any assets pledged? (Add schedule) | No | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | | | | | | | |